In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title, etc., to Queens Boulevard from Van Dam Street to Hillside Avenue, etc. In the Matter of the Application of CHARLES SIMONSON and REMSEN JOHNSON, as Surviving Executors and Trustees of and under the Last Will and Testament of FRANK DE HASS SIMONSON, Deceased, and ELIZABETH SIMONSON, Widow of Said FRANK DE HASS SIMONSON, Appellants, for an Order Directing Payment to Them of the Award for Damage Parcel 589 with Lawful Interest; CITY OF NEW YORK, Respondent. In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title, etc., to 62nd Avenue, etc., from Queens Boulevard to 94th Place, etc. In the Matter of the Application of CHARLES SIMONSON and REMSEN JOHNSON, as Surviving Executors and Trustees of and under the Last Will and Testament of FRANK DE HASS SIMONSON, Deceased, and ELIZABETH SIMONSON, Widow of Said FRANK DE HASS SIMONSON, Appellants, for an Order Directing Payment to them of the Awards for Damage Parcels 8 and 8A with lawful interest; CITY OF NEW YORK, Respondent.— [In first proceeding.] Order denying petitioners' motion for an order directing payment to them of the award for damage parcel No. 589, with lawful interest, affirmed, with ten dollars costs and disbursements. While we are of opinion that when the property here involved was dedicated to the city of New York, " in trust, nevertheless, that the same shall be used as lands upon which " a public disposal plant shall be erected and operated, the trust continued only for such time as the property was so used, and that the title thereto reverted to the owners when such use was abandoned by the appropriation of the property to street purposes by the city in condemnation proceedings (Real Prop. Law, § 114, subds. 2 and 4; *Downes* v. *Dimock & Fink Co.*, 75 App. Div. 513), nevertheless, the petitioners' sole remedy is in an action at law to recover on the theory of money had and received pursuant to the provisions of the Greater New York Charter (§ 983) since the award here sought to be recovered was made to a designated owner in the final decree, entered on the 18th day of December, 1917, and paid to that designated owner, the city of New York. (*Matter of City of New York*, 209 N. Y. 127.) Lazansky, P. J., Hagarty, Adel and Close, JJ., concur; Carswell, J. concurs in result. [In second proceeding.] Order denying petitioners' motion for an order directing payment to them of the award for damage parcels Nos. 8 and 8A, with lawful interest, affirmed, without costs, on the authority of *Matter of City of New York* [*Queens Boulevard*] (*ante*, p. 685), decided herewith. Lazansky, P. J., Hagarty, Adel and Close, JJ., concur; Carswell, J., concurs in result.

In the Matter of the General Assignment of WILLIAM L. EARLL to H. MELVILLE RENAUD and ELMER E. DEY, JR., for the Benefit of Creditors. C. MILTON FOREMAN, Appellant, v. H. MELVILLE RENAUD, ELMER E. DEY, JR., as Assignees, etc., of WILLIAM L. EARLL, and MORSE & BUFFUM, Respondents.—Order modifying referee's report, and as so modified confirming it, unanimously affirmed, in so far as appealed from, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.